```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Eileen Leahy
    v.
                                        Case No. 20-cv-180-LM
Omni Hotels Management Corporation et al

### JUDGMENT

Judgment is hereby entered in accordance with the following:

1) Endorsed Order by Chief Judge Landya B. McCafferty dated March 16, 2020; and

2) Stipulation of dismissal dated April 11, 2022.

By the Court:

_/s/ Daniel J. Lynch_
Daniel J. Lynch
Clerk of Court

Date: April 12, 2022

cc: Counsel of Record